UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SKYHIGH FUNDING, LLC, a New York Limited Liability Company, and ERIC VIGDOROV<br>　　　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    EP-20-CV-0292 |

FILED
2020 DEC 17 PM 2: 35
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

## PLAINTIFF'S NOTICE OF SETTLEMENT IN PRINCIPLE

## AND MOTION TO VACATE ALL DEADLINES

　　　The parties respectfully notify the Court that the parties have agreed in principle to settle the above-captioned matter. Plaintiff and the Defendants' counsel are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable, but respectfully request that the parties are given 30 days to file the said Agreement. Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines related to the above-captioned matter.

December 17, 2020

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Brandon Callier*

　　　　　　　　　　　　　　　　　　Brandon Callier
　　　　　　　　　　　　　　　　　　Plaintiff, Pro-se
　　　　　　　　　　　　　　　　　　6336 Franklin Trail
　　　　　　　　　　　　　　　　　　El Paso, TX 79912

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § § § | |
| **Plaintiff,** | § § § | |
| v. | § § | EP-20-CV-0292 |
| **SKYHIGH FUNDING, LLC,** a New York Limited Liability Company, and **ERIC VIGDOROV** | § § § § | |
| **Defendants.** | § § | |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Notice of Settlement in Principle and Motion To Vacate All Deadlines, it is this _____ day of _____, 2020,

**ORDERED** that Plaintiff's Notice of Settlement In Principle and Motion To Vacate All Deadlines be and is hereby **GRANTED**; and it is

**ORDERED** that the parties have up to and include January 18, 2020, to file a Stipulated Settlement Agreement and Dismissal; and it is

**FURTHER ORDERED** that all deadlines in the above-captioned case is hereby **VACATED.**

**SO ORDERED**

_____
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | EP-20-CV-0292 |
| **SKYHIGH FUNDING, LLC,** a New York Limited Liability Company, and **ERIC VIGDOROV** | § § § § | |
| Defendants. | § § | |

### Certificate of Service

I hereby certify a true copy of the foregoing was mailed to the Defendant's attorney in this case:

December 17, 2020

Respectfully submitted,

Brandon Callier
Plaintiff, Pro-se
6336 Franklin Trail
El Paso, TX 79912