| | |
|---|---|
| Brandon Callier | Alan B. Padfield (TX 00784712) |
| PRO-SE | Mark W. Stout (TX 24008096) |
| 6336 Franklin Trail | Matthew D. Giadrosich (TX 24074274) |
| El Paso, Texas 79912 | PADFIELD & STOUT, LLP |
| (915) 383-4604 | 420 W. Throckmorton Street, Suite 1210 |
| | Fort Worth, TX 76102 |
| | (817) 338-1616 |
| | FAX (817) 338-1610 |
| | |
| **PLAINTIFF** | **COUNSEL TO DEFENDANTS,** |
| | **SKYHIGH FUNDING, LLC AND** |
| | **ERIC VIGDOROV** |

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, | § | |
| | § | |
| V. | § | |
| | § | CASE NO. 3:20-CV-00292-FM |
| SKYHIGH FUNDING, LLC, a New York | § | |
| Limited Liability Company, and ERIC | § | |
| VIGDOROV | § | |
| | § | |

### JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS SKYHIGH FUNDING, LLC AND ERIC VIGDOROV'S INITIAL RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT

Plaintiff Brandon Callier ("Plaintiff") and Defendants Skyhigh Funding, LLC and Eric Vigdorov (collectively "Defendants") hereby agree and stipulate that Defendants may have an extension of time to file their initial responsive pleading in response to the Complaint filed by Plaintiff at Docket Number 1 in the above captioned proceeding until February 4, 2021, pending further discussions and negotiations regarding a settlement or other final disposition of this action.

The parties' hereby inform the Court that they have engaged in discussions to resolve this action and believe that a resolution has been reached that will require time to complete. The parties agree to continue their efforts in good faith to comply with the terms of the negotiated resolution

within the next forty-five days so that the factual and legal issues in this action may be resolved in their entirety.

The parties will continue to inform the Court of the progress and status of their settlement as the same develop and evolve.

Respectfully submitted,

*Brandon Callier*

Brandon Callier
PRO-SE
6336 Franklin Trail
El Paso, Texas 79912
(915) 383-4604
Email: callier74@gmail.com

**PLAINTIFF, BRANDON CALLIER**

/s/ Mark W. Stout

Alan B. Padfield
abp@padfieldstout.com
Mark W. Stout
mstout@padfieldstout.com
Matthew D. Giadrosich
mdg@padfieldstout.com
PADFIELD & STOUT, LLP
420 Throckmorton Street, Suite 1210
Fort Worth, TX 76102
(817) 338-1616
FAX (817) 338-1610

**COUNSEL TO DEFENDANTS,
SKYHIGH FUNDING, LLC AND
ERIC VIGDOROV**