UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § | |
| § | |
| Plaintiff, § | |
| § | EP-20-CV-0292 |
| v. § | |
| § | |
| **SKYHIGH FUNDING, LLC** a New York Limited § | |
| Limited Liability Company, and **ERIC** § | |
| **VIGDOROV** § | |
| § | |
| Defendants. § | |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

The Plaintiff and Defendants have resolved their case and completed their obligations.

Plaintiff hereby requests the Court dismiss the case against Skyhigh Funding, LLC and Eric Vigdorov with prejudice.

February 2, 2021              Respectfully Submitted,

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § § § | |
| **Plaintiff,** § § | **EP-20-CV-0292** |
| v. § § | |
| **SKYHIGH FUNDING, LLC** a New York Limited § Limited Liability Company, and **ERIC** § **VIGDOROV** § § | |
| **Defendants.** § § | |

I hereby certify that on February 2, 2021, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via United State Postal Service on: all counsel of record.

February 2, 2021          Respectfully submitted,

Brandon Callier
Plaintiff Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
Callier74@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,** § § § **Plaintiff,** § § v. § § **SKYHIGH FUNDING, LLC** a New York Limited § Limited Liability Company, and **ERIC** § **VIGDOROV** § § **Defendants.** § § | EP-20-CV-0292 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Dismiss With Prejudice, it is this, _____ day of _____, 2021,

**ORDERED** that Plaintiff's Motion to Dismiss With Prejudice be and is hereby **GRANTED;**

**SO ORDERED**

_____
**United States District Judge**